DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

JEAN DESIMONE,

Appellant,

v.

CITY OF SARASOTA,

Appellee.

No. 2D23-1569

———————————————

March 27, 2024

Appeal from the Circuit Court for Sarasota County; Stephen M. Walker, Judge.

Mitchel Chusid and Jordan R. Chusid of Chusid, Katz & Sposato, LLP, Coral Springs, for Appellant.

Jesse R. Butler of Dickinson & Gibbons, P.A., Sarasota, for Appellee.

PER CURIAM.

     Affirmed.

SLEET, C.J., and KELLY, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.